**EXHIBIT B**

| Claim | Analysis |
|---|---|
| [1.1] A method of conducting electronic commerce over the Internet using micropayments, the method comprising: | To the extent the preamble is limiting, Valve Corporation performs and induces others to perform a method of conducting electronic commerce over the Internet using micropayments.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Valve provides Steam, a digital content distribution platform which allows game developers and publishers to deliver games including but not limited to Ring of Elysium to the customers. Steam provides the Steam Microtransaction APIs to support in-game purchases for obtaining in-game currency, game pass, and/or other items such as avatars and weapons.<br><br><br><br>Source: https://store.steampowered.com/ |



Source: https://store.steampowered.com/tags/en/Action/

## Our platform connects players with the world's greatest entertainment.

We created Steam in 2003 to serve as a digital content distribution channel, before app stores existed. It's since grown and evolved into a platform for thousands of creators and publishers to deliver content and establish direct relationships with their customers. The Steam Community enables millions of players to do likewise, sharing entertainment and ideas, and making friends.

Source: https://www.valvesoftware.com/en/about

**What is Steam?**

Steam is a broadband platform for direct software delivery and content management. It is an integral part of all Valve software.

Steam...

- Allows you to purchase and immediately download games via the internet.
- Allows you to register retail versions of Valve games as well as some third-party games.
- Lets you access games from any PC that can connect to the Steam network.
- Automatically keeps all of your games up-to-date with the latest available patches.
- Allows you to chat with friends in the Steam community even during gameplay.
- Makes it easy to browse and connect to online and LAN game servers for certain games.
- Allows you to view which games your friends are currently playing and join them.

Source: https://support.steampowered.com/kb_article.php?ref=7141-OPGX-5121

# Microtransactions (In-Game Purchases)

Steamworks Documentation > Features > Microtransactions (In-Game Purchases)

## Overview

Steam provides world class support for in game purchases, whether that is items, in-game currency, or anything else that you can think up, you can use the Steam Microtransaction APIs to provide customers with more choices.

If you are working to bring your title with in-game purchases to Steam, we've got a few suggestions, best practices, and resources to help you get started. Whether you have a Free to Play game, or a game that is purchased upfront, there are common elements with any game that has in-game purchases that are useful to consider when working toward your launch on Steam.

## In-Game Purchase Requirements

For any in-game purchases, you'll need to use the microtransaction API so Steam customers can only make purchases from the Steam Wallet. You can learn more about how to complete this integration in the Microtransactions Implementation Guide.

You can use the Steam Wallet to purchase individual items or to purchase your in-game currency.

Source: https://partner.steamgames.com/doc/features/microtransactions#5



Source: https://store.steampowered.com/app/755790/Ring_of_Elysium/

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.2] opening a user account with a vendor for a user; | Valve performs and induces others to perform the step of opening a user account with a vendor for a user.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|---|---|

For example, Steam ("vendor") allows users to play games (including but not limited to Ring of Elysium) by creating an account.



Source: https://store.steampowered.com/join/

## How do I create a Steam account?

**Using the Steam client:**

1. Create a new Steam account by downloading and installing the Steam application (please follow the link below to download the application):
   http://store.steampowered.com/about/

2. Click the "Create a New Account..." button from the Steam login page and follow the prompts

**Using the Steam website:**

1. Go to the following website: https://store.steampowered.com/login/
2. Click on Join Steam
3. Fill out the form and click on Create My Account

Source: https://support.steampowered.com/kb_article.php?ref=7826-IHXM-4853

## How do I download games from Steam?

Once you have installed the Steam application, you will need to login to the Steam account you have added (or will add) your game to.  Your game is tied to this Steam account and cannot be re-registered to a different account.

Clicking **Library** in the Steam application will bring you to a listing of all games that have been registered to this Steam account. Double click any of these titles to install and run the game.

Source: https://support.steampowered.com/kb_article.php?ref=7141-OPGX-5121

| | |
|---|---|
| | <br><br>Source: https://store.steampowered.com/app/755790/Ring_of_Elysium/<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3]    issuing one   or   more electronic tokens   from the  vendor  to the        user account, wherein      no physical manifestation, | Valve performs and induces others to perform the step of issuing one or more electronic tokens from the vendor to the user account, wherein no physical manifestation, other than a database entry, of the user account occurs, each electronic token having a value of at least a fraction of a dollar<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Steam allows users to purchase in-game currency ("electronic token") having a value of at least a fraction of a dollar for the games that support microtransactions. |

**EXHIBIT B**

| | |
|---|---|
| other than a database entry, of the user account occurs, each electronic token having a value of at least a fraction of a dollar; | ## Microtransactions (In-Game Purchases)<br><br>Steamworks Documentation > Features > Microtransactions (In-Game Purchases)<br><br>### Overview<br><br>Steam provides world class support for in game purchases, whether that is items, in-game currency, or anything else that you can think up, you can use the Steam Microtransaction APIs to provide customers with more choices.<br><br>If you are working to bring your title with in-game purchases to Steam, we've got a few suggestions, best practices, and resources to help you get started. Whether you have a Free to Play game, or a game that is purchased upfront, there are common elements with any game that has in-game purchases that are useful to consider when working toward your launch on Steam.<br><br>### In-Game Purchase Requirements<br><br>For any in-game purchases, you'll need to use the microtransaction API so Steam customers can only make purchases from the Steam Wallet. You can learn more about how to complete this integration in the Microtransactions Implementation Guide.<br><br>You can use the Steam Wallet to purchase individual items or to purchase your in-game currency.<br><br>Source: https://partner.steamgames.com/doc/features/microtransactions#5 |

9

# Microtransactions Implementation Guide

Steamworks Documentation > Features > Microtransactions (In-Game Purchases) > Microtransactions Implementation Guide

## Overview

The goal of the Steam in-game payment system is to provide an easy way for developers to sell arbitrary goods to users such that the user never has to leave the game experience. It's completely up to the merchant what they want to sell. It can be in-game items like weapons or ammunition, game currency like coins or gold, or even attire for your player character. You can have as many or as few items as you like in your game and you can sell them one at a time or as bundled groups. Steam places no restrictions on what you sell or how you sell it nor does it preclude the use of whatever other mechanisms your game has for selling items. Its purpose is to bring a common payment experience that user's are familiar with from the Steam platform into your game and allow them to easily spend their Steam wallet value on your products. Using this type of integration, your game will have immediate access to new Steam users and payment methods as soon as they become available.

With this system, the purchase is completely under your control. A successful response to a purchase request will result in the user reliably getting charged and you getting positive and immediate notification of the event. Once a purchase is approved, it's up to you to grant and manage the items. If an item is time based for example, your system dictates how long that item is good for.

In addition to in-game purchasing, the system will provide additional functionality that your accounting and support systems can use:

1. You can receive notification if customers fail to pay.

2. You can issue refunds and query transaction status through the web service.

3. You will have access to detailed reports on our steamstats partner site showing live sales of items and games.

Source: https://partner.steamgames.com/doc/features/microtransactions/implementation

## How the Payment System Works

The payment system is a combination of whatever purchase process you have in-game, the Steam billing web service, and a customer approval process.

The purchase process occurs in the following sequence. Your user always starts and completes their order in your game.

1. When a user wishes to buy something in-game, your game sends a purchase request to your purchasing server. The purchasing server can be any service entity that your game system has for handling purchase requests. It could be a web server or your authentication system. The server will need to communicate with the Steam billing servers over HTTP. Your purchasing server can also request the user's country, language, and currency from the Steam billing servers. You can use this data to adjust your pricing as needed.

2. Your purchasing server then initiates a payment transaction on behalf of the client to the Steam web service. The request is a secure HTTP POST. The contents of this request include the user's metadata and a description and cost of each item that the user wishes to purchase.

3. Upon receiving this request, Steam will automatically activate the Steam overlay and present a dialog to the user listing all of the items, their cost and a button to confirm or authorize the transaction. If the user does not have enough funds in their Steam account, the overlay will guide the user through a funding process. The Steam overlay handles collecting all of the user's billing information. Upon completion, the user will receive a notification that the purchase was either authorized or denied. Your game should register to receive a callback for this notification and forward the result to your purchasing server.

4. Your purchasing server receives the notification and posts a FinalizeTransaction call to Steam to complete the operation. A successful response will result in the user being charged and you can then grant the item to the user.

Source: https://partner.steamgames.com/doc/features/microtransactions/implementation

- Currency - The ISO 4217 currency code that your price(s) are listed in. If this does not match the users's currency code provided in step 2 then an automatic currency conversion will be applied at the current market rate. Steam will present the converted price to the user, in their local currency for approval. For the best customer experience it is recommended that you provide specific pricing in each currency you expect your customers to use.

Source: https://partner.steamgames.com/doc/features/microtransactions/implementation

## *FAQ*

Q: How do you get the Adventurer Pass? And how much does it cost?

Q A: The Adventurer Pass is separated into two parts: the first part being the Free Pass, all players can obtain rewards by playing the game and increasing their season tiers without any sort of payment. The second part is the Adventurer Pass, which is available for purchase for **950 E-Points**, a premium currency obtained with real-world money via **Steam** payment. There will be no options to buy the Adventurer Pass directly with real-world money.

Source: https://www.ringofelysiumonline.com/en-US/adventurerpass/index.html

- The Pass is separated into two parts:
  - The Free Pass - all players can obtain rewards by ranking up their Adventurer Tiers without any payment
  - The Adventurer Pass, which is available for 950 E-Points. E-Points are a premium in-game currency obtained with real-world money via Steam payment (1000 E-Points is equivalent to $9.99 USD)

- As always, none of the rewards in the Adventurer Pass affects game balance, and all unlocked rewards stay forever

Source: https://store.steampowered.com/news/app/755790/view/2916604920698252047



Currently, *Ring of Elysium* is available in the **free-to-play** model which means that you can play it for free. The game does feature a shop where you can spend real money on a virtual currency called E-Points.

- 100 E-Points - $1.
- 500 E-Points - $5.
- 1,000 E-Points - $9.99.
- 2,500 E-Points and 300 Bonus points - $24.99.
- 6,000 E-Points and 1500 Bonus points - $59.99.
- 10,000 E-Points and 3500 Bonus points - $99.99.

Source: https://guides.gamepressure.com/ring-of-elysium/guide.asp?ID=47785

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.4] providing products and | Valve performs and induces others to perform the step of providing products and services that may be purchased from the vendor at micropayment levels, wherein prices for the products and services are listed in units of electronic tokens |
|---|---|

| | |
|---|---|
| services that may be purchased from the vendor at micropayment levels, wherein prices for the products and services are listed in units of electronic tokens; | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Steam distributes games that support microtransactions and provide in-game products and services (including but not limited to game pass, weapons, ammunition, and attire for player character) such that the products are listed in terms of in-game currency (such as coins or gold) ("electronic tokens").<br><br>**Microtransactions (In-Game Purchases)**<br>Steamworks Documentation > Features > Microtransactions (In-Game Purchases)<br><br>**Overview**<br>Steam provides world class support for in game purchases, whether that is items, in-game currency, or anything else that you can think up, you can use the Steam Microtransaction APIs to provide customers with more choices.<br><br>If you are working to bring your title with in-game purchases to Steam, we've got a few suggestions, best practices, and resources to help you get started. Whether you have a Free to Play game, or a game that is purchased upfront, there are common elements with any game that has in-game purchases that are useful to consider when working toward your launch on Steam.<br><br>Source: https://partner.steamgames.com/doc/features/microtransactions#5 |

# Microtransactions Implementation Guide

Steamworks Documentation > Features > Microtransactions (In-Game Purchases) > Microtransactions Implementation Guide

## Overview

The goal of the Steam in-game payment system is to provide an easy way for developers to sell arbitrary goods to users such that the user never has to leave the game experience. It's completely up to the merchant what they want to sell. It can be in-game items like weapons or ammunition, game currency like coins or gold, or even attire for your player character. You can have as many or as few items as you like in your game and you can sell them one at a time or as bundled groups. Steam places no restrictions on what you sell or how you sell it nor does it preclude the use of whatever other mechanisms your game has for selling items. Its purpose is to bring a common payment experience that user's are familiar with from the Steam platform into your game and allow them to easily spend their Steam wallet value on your products. Using this type of integration, your game will have immediate access to new Steam users and payment methods as soon as they become available.

With this system, the purchase is completely under your control. A successful response to a purchase request will result in the user reliably getting charged and you getting positive and immediate notification of the event. Once a purchase is approved, it's up to you to grant and manage the items. If an item is time based for example, your system dictates how long that item is good for.

In addition to in-game purchasing, the system will provide additional functionality that your accounting and support systems can use:

1. You can receive notification if customers fail to pay.
2. You can issue refunds and query transaction status through the web service.
3. You will have access to detailed reports on our steamstats partner site showing live sales of items and games.

Source: https://partner.steamgames.com/doc/features/microtransactions/implementation

## How the Payment System Works

The payment system is a combination of whatever purchase process you have in-game, the Steam billing web service, and a customer approval process.

The purchase process occurs in the following sequence. Your user always starts and completes their order in your game.

1. When a user wishes to buy something in-game, your game sends a purchase request to your purchasing server. The purchasing server can be any service entity that your game system has for handling purchase requests. It could be a web server or your authentication system. The server will need to communicate with the Steam billing servers over HTTP. Your purchasing server can also request the user's country, language, and currency from the Steam billing servers. You can use this data to adjust your pricing as needed.
2. Your purchasing server then initiates a payment transaction on behalf of the client to the Steam web service. The request is a secure HTTP POST. The contents of this request include the user's metadata and a description and cost of each item that the user wishes to purchase.
3. Upon receiving this request, Steam will automatically activate the Steam overlay and present a dialog to the user listing all of the items, their cost and a button to confirm or authorize the transaction. If the user does not have enough funds in their Steam account, the overlay will guide the user through a funding process. The Steam overlay handles collecting all of the user's billing information. Upon completion, the user will receive a notification that the purchase was either authorized or denied. Your game should register to receive a callback for this notification and forward the result to your purchasing server.
4. Your purchasing server receives the notification and posts a FinalizeTransaction call to Steam to complete the operation. A successful response will result in the user being charged and you can then grant the item to the user.

Source: https://partner.steamgames.com/doc/features/microtransactions/implementation

### FAQ

Q: How do you get the Adventurer Pass? And how much does it cost?

Q A: The Adventurer Pass is separated into two parts: the first part being the Free Pass, all players can obtain rewards by playing the game and increasing their season tiers without any sort of payment. The second part is the Adventurer Pass, which is available for purchase for **950 E-Points**, a premium currency obtained with real-world money via **Steam** payment. There will be no options to buy the Adventurer Pass directly with real-world money.

Source: https://www.ringofelysiumonline.com/en-US/adventurerpass/index.html

- The Pass is separated into two parts:
  - The Free Pass - all players can obtain rewards by ranking up their Adventurer Tiers without any payment
  - The Adventurer Pass, which is available for 950 E-Points. E-Points are a premium in-game currency obtained with real-world money via Steam payment (1000 E-Points is equivalent to $9.99 USD)

- As always, none of the rewards in the Adventurer Pass affects game balance, and all unlocked rewards stay forever

Source: https://store.steampowered.com/news/app/755790/view/2916604920698252047

15

●Introducing the latest Weapon Skin Supply Box- Infinity Supply Box!

●The cost of opening a single Infinity Supply Box is 100 E-points



Source:
https://www.ringofelysiumonline.com/webplat/info/news_version3/37706/37707/37711/37712/m21630/201904/8049
16.shtml

**EXHIBIT B**



Currently, *Ring of Elysium* is available in the **free-to-play** model which means that you can play it for free. The game does feature a shop where you can spend real money on a virtual currency called E-Points.

- 100 E-Points - $1.
- 500 E-Points - $5.
- 1,000 E-Points - $9.99.
- 2,500 E-Points and 300 Bonus points - $24.99.
- 6,000 E-Points and 1500 Bonus points - $59.99.
- 10,000 E-Points and 3500 Bonus points - $99.99.

Source: https://guides.gamepressure.com/ring-of-elysium/guide.asp?ID=47785

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.5] permitting the | Valve performs and induces others to perform the step of permitting the user to select, at any participating vendor web site, a subset of the products and services for purchase from the vendor |

| user to select, at any participating vendor web site, a subset of the products and services for purchase from the vendor; | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Steam allows the users to play games distributed by the publishers/developers and via the game's online interface ("participating vendor web site") purchase in-game products and services (including but not limited to game pass, weapons, ammunition, and attire for player character) using at least the Steam account credentials and through at least the servers provided by Valve and game publishers/developers.<br><br><br>Source: https://partner.steamgames.com/doc/features/microtransactions#5 |

## Microtransactions Implementation Guide

Steamworks Documentation > Features > Microtransactions (In-Game Purchases) > Microtransactions Implementation Guide

### Overview

The goal of the Steam in-game payment system is to provide an easy way for developers to sell arbitrary goods to users such that the user never has to leave the game experience. It's completely up to the merchant what they want to sell. It can be in-game items like weapons or ammunition, game currency like coins or gold, or even attire for your player character. You can have as many or as few items as you like in your game and you can sell them one at a time or as bundled groups. Steam places no restrictions on what you sell or how you sell it nor does it preclude the use of whatever other mechanisms your game has for selling items. Its purpose is to bring a common payment experience that user's are familiar with from the Steam platform into your game and allow them to easily spend their Steam wallet value on your products. Using this type of integration, your game will have immediate access to new Steam users and payment methods as soon as they become available.

With this system, the purchase is completely under your control. A successful response to a purchase request will result in the user reliably getting charged and you getting positive and immediate notification of the event. Once a purchase is approved, it's up to you to grant and manage the items. If an item is time based for example, your system dictates how long that item is good for.

In addition to in-game purchasing, the system will provide additional functionality that your accounting and support systems can use:

1. You can receive notification if customers fail to pay.

2. You can issue refunds and query transaction status through the web service.

3. You will have access to detailed reports on our steamstats partner site showing live sales of items and games.

Source: https://partner.steamgames.com/doc/features/microtransactions/implementation

### How the Payment System Works

The payment system is a combination of whatever purchase process you have in-game, the Steam billing web service, and a customer approval process.

The purchase process occurs in the following sequence. Your user always starts and completes their order in your game.

1. When a user wishes to buy something in-game, your game sends a purchase request to your purchasing server. The purchasing server can be any service entity that your game system has for handling purchase requests. It could be a web server or your authentication system. The server will need to communicate with the Steam billing servers over HTTP. Your purchasing server can also request the user's country, language, and currency from the Steam billing servers. You can use this data to adjust your pricing as needed.

2. Your purchasing server then initiates a payment transaction on behalf of the client to the Steam web service. The request is a secure HTTP POST. The contents of this request include the user's metadata and a description and cost of each item that the user wishes to purchase.

3. Upon receiving this request, Steam will automatically activate the Steam overlay and present a dialog to the user listing all of the items, their cost and a button to confirm or authorize the transaction. If the user does not have enough funds in their Steam account, the overlay will guide the user through a funding process. The Steam overlay handles collecting all of the user's billing information. Upon completion, the user will receive a notification that the purchase was either authorized or denied. Your game should register to receive a callback for this notification and forward the result to your purchasing server.

4. Your purchasing server receives the notification and posts a FinalizeTransaction call to Steam to complete the operation. A successful response will result in the user being charged and you can then grant the item to the user.

Source: https://partner.steamgames.com/doc/features/microtransactions/implementation

## FAQ

Q: How do you get the Adventurer Pass? And how much does it cost?

Q A: The Adventurer Pass is separated into two parts: the first part being the Free Pass, all players can obtain rewards by playing the game and increasing their season tiers without any sort of payment. The second part is the Adventurer Pass, which is available for purchase for **950 E-Points**, a premium currency obtained with real-world money via **Steam** payment. There will be no options to buy the Adventurer Pass directly with real-world money.

Source: https://www.ringofelysiumonline.com/en-US/adventurerpass/index.html

- The Pass is separated into two parts:
  - The Free Pass - all players can obtain rewards by ranking up their Adventurer Tiers without any payment
  - The Adventurer Pass, which is available for 950 E-Points. E-Points are a premium in-game currency obtained with real-world money via Steam payment (1000 E-Points is equivalent to $9.99 USD)

- As always, none of the rewards in the Adventurer Pass affects game balance, and all unlocked rewards stay forever

Source: https://store.steampowered.com/news/app/755790/view/2916604920698252047

**EXHIBIT B**

- Introducing the latest Weapon Skin Supply Box- Infinity Supply Box!

- The cost of opening a single Infinity Supply Box is 100 E-points



Source:
https://www.ringofelysiumonline.com/webplat/info/news_version3/37706/37707/37711/37712/m21630/201904/804916.shtml



Currently, *Ring of Elysium* is available in the **free-to-play** model which means that you can play it for free. The game does feature a shop where you can spend real money on a virtual currency called E-Points.

- 100 E-Points - $1.
- 500 E-Points - $5.
- 1,000 E-Points - $9.99.
- 2,500 E-Points and 300 Bonus points - $24.99.
- 6,000 E-Points and 1500 Bonus points - $59.99.
- 10,000 E-Points and 3500 Bonus points - $99.99.

Source: https://guides.gamepressure.com/ring-of-elysium/guide.asp?ID=47785

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.6] computing at | Valve performs and induces others to perform the step of computing at the participating vendor web site a total price for the selected subset of the products and services in units of electronic tokens |

| | |
|---|---|
| the participating vendor web site a total price for the selected subset of the products and services in units of electronic tokens; | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when the user wishes to purchase in-game products and services (including but not limited to game pass, weapons, ammunition, and attire for player character) a request is sent to the game servers owned at least by the game publishers/developers and Steam. The servers compute the total price in terms of the in-game currency (such as coins or gold).<br><br><br><br>Source: https://partner.steamgames.com/doc/features/microtransactions#5 |

## Microtransactions Implementation Guide

Steamworks Documentation > Features > Microtransactions (In-Game Purchases) > Microtransactions Implementation Guide

### Overview

The goal of the Steam in-game payment system is to provide an easy way for developers to sell arbitrary goods to users such that the user never has to leave the game experience. It's completely up to the merchant what they want to sell. It can be in-game items like weapons or ammunition, game currency like coins or gold, or even attire for your player character. You can have as many or as few items as you like in your game and you can sell them one at a time or as bundled groups. Steam places no restrictions on what you sell or how you sell it nor does it preclude the use of whatever other mechanisms your game has for selling items. Its purpose is to bring a common payment experience that user's are familiar with from the Steam platform into your game and allow them to easily spend their Steam wallet value on your products. Using this type of integration, your game will have immediate access to new Steam users and payment methods as soon as they become available.

With this system, the purchase is completely under your control. A successful response to a purchase request will result in the user reliably getting charged and you getting positive and immediate notification of the event. Once a purchase is approved, it's up to you to grant and manage the items. If an item is time based for example, your system dictates how long that item is good for.

In addition to in-game purchasing, the system will provide additional functionality that your accounting and support systems can use:

1. You can receive notification if customers fail to pay.

2. You can issue refunds and query transaction status through the web service.

3. You will have access to detailed reports on our steamstats partner site showing live sales of items and games.

Source: https://partner.steamgames.com/doc/features/microtransactions/implementation

### How the Payment System Works

The payment system is a combination of whatever purchase process you have in-game, the Steam billing web service, and a customer approval process.

The purchase process occurs in the following sequence. Your user always starts and completes their order in your game.

1. When a user wishes to buy something in-game, your game sends a purchase request to your purchasing server. The purchasing server can be any service entity that your game system has for handling purchase requests. It could be a web server or your authentication system. The server will need to communicate with the Steam billing servers over HTTP. Your purchasing server can also request the user's country, language, and currency from the Steam billing servers. You can use this data to adjust your pricing as needed.

2. Your purchasing server then initiates a payment transaction on behalf of the client to the Steam web service. The request is a secure HTTP POST. The contents of this request include the user's metadata and a description and cost of each item that the user wishes to purchase.

3. Upon receiving this request, Steam will automatically activate the Steam overlay and present a dialog to the user listing all of the items, their cost and a button to confirm or authorize the transaction. If the user does not have enough funds in their Steam account, the overlay will guide the user through a funding process. The Steam overlay handles collecting all of the user's billing information. Upon completion, the user will receive a notification that the purchase was either authorized or denied. Your game should register to receive a callback for this notification and forward the result to your purchasing server.

4. Your purchasing server receives the notification and posts a FinalizeTransaction call to Steam to complete the operation. A successful response will result in the user being charged and you can then grant the item to the user.

Source: https://partner.steamgames.com/doc/features/microtransactions/implementation

## FAQ

Q: How do you get the Adventurer Pass? And how much does it cost?

Q A: The Adventurer Pass is separated into two parts: the first part being the Free Pass, all players can obtain rewards by playing the game and increasing their season tiers without any sort of payment. The second part is the Adventurer Pass, which is available for purchase for **950 E-Points**, a premium currency obtained with real-world money via **Steam** payment. There will be no options to buy the Adventurer Pass directly with real-world money.

Source: https://www.ringofelysiumonline.com/en-US/adventurerpass/index.html

- The Pass is separated into two parts:
  - The Free Pass - all players can obtain rewards by ranking up their Adventurer Tiers without any payment
  - The Adventurer Pass, which is available for 950 E-Points. E-Points are a premium in-game currency obtained with real-world money via Steam payment (1000 E-Points is equivalent to $9.99 USD)

- As always, none of the rewards in the Adventurer Pass affects game balance, and all unlocked rewards stay forever

Source: https://store.steampowered.com/news/app/755790/view/2916604920698252047

**EXHIBIT B**

- Introducing the latest Weapon Skin Supply Box- Infinity Supply Box!

- The cost of opening a single Infinity Supply Box is 100 E-points



Source:
https://www.ringofelysiumonline.com/webplat/info/news_version3/37706/37707/37711/37712/m21630/201904/8049 16.shtml

26



Currently, *Ring of Elysium* is available in the **free-to-play** model which means that you can play it for free. The game does feature a shop where you can spend real money on a virtual currency called E-Points.

- 100 E-Points - $1.
- 500 E-Points - $5.
- 1,000 E-Points - $9.99.
- 2,500 E-Points and 300 Bonus points - $24.99.
- 6,000 E-Points and 1500 Bonus points - $59.99.
- 10,000 E-Points and 3500 Bonus points - $99.99.

Source: https://guides.gamepressure.com/ring-of-elysium/guide.asp?ID=47785

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.7] authorizing a | Valve performs and induces others to perform the step of authorizing a purchase transaction at the participating vendor web site without requiring any third party authentication and a physical manifestation of the user account |

| purchase transaction at the participating vendor web site without requiring any third party authentication and a physical manifestation of the user account; and | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the game servers authorize the purchase of the in-game products and services by using the account information of the user stored on the servers such that no third party authentication and a physical manifestation of the user account is required.<br><br>**Microtransactions (In-Game Purchases)**<br>Steamworks Documentation > Features > Microtransactions (In-Game Purchases)<br><br>**Overview**<br>Steam provides world class support for in game purchases, whether that is items, in-game currency, or anything else that you can think up, you can use the Steam Microtransaction APIs to provide customers with more choices.<br><br>If you are working to bring your title with in-game purchases to Steam, we've got a few suggestions, best practices, and resources to help you get started. Whether you have a Free to Play game, or a game that is purchased upfront, there are common elements with any game that has in-game purchases that are useful to consider when working toward your launch on Steam.<br><br>Source: https://partner.steamgames.com/doc/features/microtransactions#5 |

## Microtransactions Implementation Guide

Steamworks Documentation > Features > Microtransactions (In-Game Purchases) > Microtransactions Implementation Guide

### Overview

The goal of the Steam in-game payment system is to provide an easy way for developers to sell arbitrary goods to users such that the user never has to leave the game experience. It's completely up to the merchant what they want to sell. It can be in-game items like weapons or ammunition, game currency like coins or gold, or even attire for your player character. You can have as many or as few items as you like in your game and you can sell them one at a time or as bundled groups. Steam places no restrictions on what you sell or how you sell it nor does it preclude the use of whatever other mechanisms your game has for selling items. Its purpose is to bring a common payment experience that user's are familiar with from the Steam platform into your game and allow them to easily spend their Steam wallet value on your products. Using this type of integration, your game will have immediate access to new Steam users and payment methods as soon as they become available.

With this system, the purchase is completely under your control. A successful response to a purchase request will result in the user reliably getting charged and you getting positive and immediate notification of the event. Once a purchase is approved, it's up to you to grant and manage the items. If an item is time based for example, your system dictates how long that item is good for.

In addition to in-game purchasing, the system will provide additional functionality that your accounting and support systems can use:

1. You can receive notification if customers fail to pay.
2. You can issue refunds and query transaction status through the web service.
3. You will have access to detailed reports on our steamstats partner site showing live sales of items and games.

Source: https://partner.steamgames.com/doc/features/microtransactions/implementation

### How the Payment System Works

The payment system is a combination of whatever purchase process you have in-game, the Steam billing web service, and a customer approval process.

The purchase process occurs in the following sequence. Your user always starts and completes their order in your game.

1. When a user wishes to buy something in-game, your game sends a purchase request to your purchasing server. The purchasing server can be any service entity that your game system has for handling purchase requests. It could be a web server or your authentication system. The server will need to communicate with the Steam billing servers over HTTP. Your purchasing server can also request the user's country, language, and currency from the Steam billing servers. You can use this data to adjust your pricing as needed.

2. Your purchasing server then initiates a payment transaction on behalf of the client to the Steam web service. The request is a secure HTTP POST. The contents of this request include the user's metadata and a description and cost of each item that the user wishes to purchase.

3. Upon receiving this request, Steam will automatically activate the Steam overlay and present a dialog to the user listing all of the items, their cost and a button to confirm or authorize the transaction. If the user does not have enough funds in their Steam account, the overlay will guide the user through a funding process. The Steam overlay handles collecting all of the user's billing information. Upon completion, the user will receive a notification that the purchase was either authorized or denied. Your game should register to receive a callback for this notification and forward the result to your purchasing server.

4. Your purchasing server receives the notification and posts a FinalizeTransaction call to Steam to complete the operation. A successful response will result in the user being charged and you can then grant the item to the user.

Source: https://partner.steamgames.com/doc/features/microtransactions/implementation

## FAQ

Q: How do you get the Adventurer Pass? And how much does it cost?

Q.A: The Adventurer Pass is separated into two parts: the first part being the Free Pass, all players can obtain rewards by playing the game and increasing their season tiers without any sort of payment. The second part is the Adventurer Pass, which is available for purchase for **950 E-Points**, a premium currency obtained with real-world money via **Steam** payment. There will be no options to buy the Adventurer Pass directly with real-world money.

Source: https://www.ringofelysiumonline.com/en-US/adventurerpass/index.html

- The Pass is separated into two parts:
  - The Free Pass - all players can obtain rewards by ranking up their Adventurer Tiers without any payment
  - The Adventurer Pass, which is available for 950 E-Points. E-Points are a premium in-game currency obtained with real-world money via Steam payment (1000 E-Points is equivalent to $9.99 USD)

- As always, none of the rewards in the Adventurer Pass affects game balance, and all unlocked rewards stay forever

Source: https://store.steampowered.com/news/app/755790/view/2916604920698252047

●Introducing the latest Weapon Skin Supply Box- Infinity Supply Box!

●The cost of opening a single Infinity Supply Box is 100 E-points



Source:
https://www.ringofelysiumonline.com/webplat/info/news_version3/37706/37707/37711/37712/m21630/201904/804916.shtml

**EXHIBIT B**



Currently, *Ring of Elysium* is available in the **free-to-play** model which means that you can play it for free. The game does feature a shop where you can spend real money on a virtual currency called E-Points.

- 100 E-Points - $1.
- 500 E-Points - $5.
- 1,000 E-Points - $9.99.
- 2,500 E-Points and 300 Bonus points - $24.99.
- 6,000 E-Points and 1500 Bonus points - $59.99.
- 10,000 E-Points and 3500 Bonus points - $99.99.

Source: https://guides.gamepressure.com/ring-of-elysium/guide.asp?ID=47785

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.8] if the user account | Valve performs and induces others to perform the step of if the user account contains electronic tokens having a value equal to or greater than the total price, permitting the user to purchase the selected subset of the products and services |

**EXHIBIT B**

| | |
|---|---|
| contains electronic tokens having a value equal to or greater than the total price, permitting the user to purchase the selected subset of the products and services without requiring the user to disclose personal information to the vendor, and subtracting the total price from the user account, wherein the purchase transaction is not subject to a minimum processing fee. | without requiring the user to disclose personal information to the vendor, and subtracting the total price from the user account, wherein the purchase transaction is not subject to a minimum processing fee.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, if the value of the order amounts to less than or equal to the in-game currency present in the user account the purchase order is processed and the total value of the in-game currency is subtracted from the user account.<br><br>**Microtransactions (In-Game Purchases)**<br>Steamworks Documentation > Features > Microtransactions (In-Game Purchases)<br><br>**Overview**<br>Steam provides world class support for in game purchases, whether that is items, in-game currency, or anything else that you can think up, you can use the Steam Microtransaction APIs to provide customers with more choices.<br><br>If you are working to bring your title with in-game purchases to Steam, we've got a few suggestions, best practices, and resources to help you get started. Whether you have a Free to Play game, or a game that is purchased upfront, there are common elements with any game that has in-game purchases that are useful to consider when working toward your launch on Steam.<br><br>Source: https://partner.steamgames.com/doc/features/microtransactions#5 |

## Microtransactions Implementation Guide

Steamworks Documentation > Features > Microtransactions (In-Game Purchases) > Microtransactions Implementation Guide

### Overview

The goal of the Steam in-game payment system is to provide an easy way for developers to sell arbitrary goods to users such that the user never has to leave the game experience. It's completely up to the merchant what they want to sell. It can be in-game items like weapons or ammunition, game currency like coins or gold, or even attire for your player character. You can have as many or as few items as you like in your game and you can sell them one at a time or as bundled groups. Steam places no restrictions on what you sell or how you sell it nor does it preclude the use of whatever other mechanisms your game has for selling items. Its purpose is to bring a common payment experience that user's are familiar with from the Steam platform into your game and allow them to easily spend their Steam wallet value on your products. Using this type of integration, your game will have immediate access to new Steam users and payment methods as soon as they become available.

With this system, the purchase is completely under your control. A successful response to a purchase request will result in the user reliably getting charged and you getting positive and immediate notification of the event. Once a purchase is approved, it's up to you to grant and manage the items. If an item is time based for example, your system dictates how long that item is good for.

In addition to in-game purchasing, the system will provide additional functionality that your accounting and support systems can use:

1. You can receive notification if customers fail to pay.
2. You can issue refunds and query transaction status through the web service.
3. You will have access to detailed reports on our steamstats partner site showing live sales of items and games.

Source: https://partner.steamgames.com/doc/features/microtransactions/implementation

### How the Payment System Works

The payment system is a combination of whatever purchase process you have in-game, the Steam billing web service, and a customer approval process.

The purchase process occurs in the following sequence. Your user always starts and completes their order in your game.

1. When a user wishes to buy something in-game, your game sends a purchase request to your purchasing server. The purchasing server can be any service entity that your game system has for handling purchase requests. It could be a web server or your authentication system. The server will need to communicate with the Steam billing servers over HTTP. Your purchasing server can also request the user's country, language, and currency from the Steam billing servers. You can use this data to adjust your pricing as needed.

2. Your purchasing server then initiates a payment transaction on behalf of the client to the Steam web service. The request is a secure HTTP POST. The contents of this request include the user's metadata and a description and cost of each item that the user wishes to purchase.

3. Upon receiving this request, Steam will automatically activate the Steam overlay and present a dialog to the user listing all of the items, their cost and a button to confirm or authorize the transaction. If the user does not have enough funds in their Steam account, the overlay will guide the user through a funding process. The Steam overlay handles collecting all of the user's billing information. Upon completion, the user will receive a notification that the purchase was either authorized or denied. Your game should register to receive a callback for this notification and forward the result to your purchasing server.

4. Your purchasing server receives the notification and posts a FinalizeTransaction call to Steam to complete the operation. A successful response will result in the user being charged and you can then grant the item to the user.

Source: https://partner.steamgames.com/doc/features/microtransactions/implementation

## FAQ

Q: How do you get the Adventurer Pass? And how much does it cost?

Q A: The Adventurer Pass is separated into two parts: the first part being the Free Pass, all players can obtain rewards by playing the game and increasing their season tiers without any sort of payment. The second part is the Adventurer Pass, which is available for purchase for **950 E-Points**, a premium currency obtained with real-world money via **Steam** payment. There will be no options to buy the Adventurer Pass directly with real-world money.

Source: https://www.ringofelysiumonline.com/en-US/adventurerpass/index.html

- The Pass is separated into two parts:
  - The Free Pass - all players can obtain rewards by ranking up their Adventurer Tiers without any payment
  - The Adventurer Pass, which is available for 950 E-Points. E-Points are a premium in-game currency obtained with real-world money via Steam payment (1000 E-Points is equivalent to $9.99 USD)

- As always, none of the rewards in the Adventurer Pass affects game balance, and all unlocked rewards stay forever

Source: https://store.steampowered.com/news/app/755790/view/2916604920698252047

- Introducing the latest Weapon Skin Supply Box- Infinity Supply Box!

- The cost of opening a single Infinity Supply Box is 100 E-points



Source:
https://www.ringofelysiumonline.com/webplat/info/news_version3/37706/37707/37711/37712/m21630/201904/804916.shtml

**EXHIBIT B**



Currently, *Ring of Elysium* is available in the **free-to-play** model which means that you can play it for free. The game does feature a shop where you can spend real money on a virtual currency called E-Points.

- 100 E-Points - $1.
- 500 E-Points - $5.
- 1,000 E-Points - $9.99.
- 2,500 E-Points and 300 Bonus points - $24.99.
- 6,000 E-Points and 1500 Bonus points - $59.99.
- 10,000 E-Points and 3500 Bonus points - $99.99.

Source: https://guides.gamepressure.com/ring-of-elysium/guide.asp?ID=47785

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

**EXHIBIT B**

## List Of References

1. https://store.steampowered.com/, last accessed on March 23, 2021
2. https://store.steampowered.com/tags/en/Action/, last accessed on March 23, 2021
3. https://www.valvesoftware.com/en/about, last accessed on March 23, 2021
4. https://support.steampowered.com/kb_article.php?ref=7141-OPGX-5121, last accessed on March 23, 2021
5. https://partner.steamgames.com/doc/features/microtransactions#5, last accessed on March 23, 2021
6. https://store.steampowered.com/app/755790/Ring_of_Elysium/, last accessed on March 23, 2021
7. https://store.steampowered.com/join/, last accessed on March 23, 2021
8. https://support.steampowered.com/kb_article.php?ref=7826-IHXM-4853, last accessed on March 23, 2021
9. https://partner.steamgames.com/doc/features/microtransactions/implementation, last accessed on March 23, 2021
10. https://www.ringofelysiumonline.com/en-US/adventurerpass/index.html, last accessed on March 23, 2021
11. https://store.steampowered.com/news/app/755790/view/2916604920698252047, last accessed on March 23, 2021
12. https://guides.gamepressure.com/ring-of-elysium/guide.asp?ID=47785, last accessed on March 23, 2021
13. https://www.ringofelysiumonline.com/webplat/info/news_version3/37706/37707/37711/37712/m21630/201904/804916.shtml, last accessed on March 23, 2021