THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| AML IP, LLC,                )<br>        Plaintiff,             )<br>                                      )<br>v.                                   )<br>                                      )<br>VALVE CORPORATION,  )<br>        Defendant.          ) | Civil Action No. 2:23-cv-00668-TL |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO
ANSWER OR RESPOND TO COMPLAINT**

This Court, having considered Plaintiff's Unopposed Motion for Extension of Time for Defendant to Answer or Respond to Plaintiff's Original Complaint (the "Motion"), hereby GRANTS the Motion and ORDERS the following:

Defendant's deadline to answer or otherwise respond to the Complaint is extended to July 9, 2023.

SIGNED this  9th  day of  June  2023.

_____
HONORABLE TANA LIN

ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO
ANSWER OR RESPOND TO COMPLAINT - 1
Civil Action No. 2:23-cv-00668-TL